**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

**Case Title:** ECS Refining, Inc.   **Case No.:** 18-22453 - D - 11
**Docket Control No.** FWP-7
**Date:** 06/20/2018
**Time:** 10:30 AM

**Matter:** [167] - Motion/Application for Scheduling a Final Hearing [FWP-7] Filed by Trustee W. Donald Gieseke (smis) [167] - Motion/Application to Use Cash Collateral [FWP-7] Filed by Trustee W. Donald Gieseke (smis)

**Judge: Robert S. Bardwil**
**Courtroom Deputy: Nancy Williams**
**Reporter: Electronic Record**
**Department: D**

**APPEARANCES for:**
**Movant(s):**
(by phone) Trustee - W. Donald Gieseke; Trustee's Attorney - Paul J. Pascuzzi
**Respondent(s):**
Creditor's Attorney - Jason M. Blumberg U.S. Trustee, Creditor's Attorney - James T. Markus; (by phone) Creditor's Attorney - Patrick M. Costello; Attorney Tom Mouzes, Attorney Russ Cunningham, Attorney Miles Staglik (phone)

**CIVIL MINUTES**

Motion Granted as stated on the record.

Findings of fact and conclusions of law stated orally on the record

   **ORDER TO BE PREPARED BY: Movant(s)**