8 **Pages**

THOMAS A. WILLOUGHBY, State Bar No. 137597
PAUL J. PASCUZZI, State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for the Chapter 11 Trustee,
W. Donald Gieseke

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

ECS REFINING, INC.,

Debtor.

CASE NO.: 18-22453-D-11

Chapter 11

**NOTICE OF FILING SCHEDULE H: CODEBTORS; LIST OF EQUITY SECURITY HOLDERS AND STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY**

W. Donald Gieseke, the duly appointed and acting Chapter 11 Trustee (the "Trustee") in the above-referenced case, hereby files the following documents and incorporates by reference the Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs filed herein on June 15, 2018, as Docket Nos. 202 and 203.

| **Exhibit** | **Description** | **Page** |
|---|---|---|
| 1 | Schedule H: Codebtors | 3 |
| 2 | List of Equity Security Holders | 5 |
| 3 | Statement Regarding Ownership of Corporate Debtor/Party | 8 |

Dated: June 20, 2018

THE BANKRUPTCY ESTATE OF ECS REFINING, INC.

By: */s/ W. Donald Gieseke*
W. DONALD GIESEKE
Chapter 11 Trustee

# EXHIBIT 1

**Fill in this information to identify the case:**

Debtor name ECS Refining Inc

United States Bankruptcy Court for the: Eastern District of CA (State)

Case number (If known): 2:2018bk22453

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Kent Taggart | PO Box 8301 (Street); Fayetteville (City) AR (State) 72703 (ZIP Code) | Ozark Liquidation Services, LLC | ☐ D ☑ E/F ☑ G |
| 2.2 | | Street; City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street; City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street; City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | | Street; City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | | Street; City State ZIP Code | | ☐ D ☐ E/F ☐ G |

# EXHIBIT 2

**2 Pages**

THOMAS A. WILLOUGHBY, State Bar No. 137597
PAUL J. PASCUZZI, State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for the Chapter 11 Trustee,
W. Donald Gieseke

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ECS REFINING, INC.,<br><br>Debtor. | CASE NO.: 18-22453-D-11<br>Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

To the best of the Chapter 11 Trustee's knowledge, information and belief, based on the Debtor's records, the following is the list of the equity security holders of the debtor, including the last known address and number and kind of interests registered in the name of each holder.

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| James Taggart<br>320 Bellevue Court<br>Los Altos, CA 94024 | Shareholder | 5.1% |
| Kenneth Taggart<br>PO Box 61178<br>Palo Alto, CA 94036 | Shareholder | 4.9% |
| Robert A. Horne and Nicholas Burger<br>c/o ZS Fund L.P.<br>340 Madison Avenue, 19th Floor<br>New York, NY 10173 | Shareholder | 50% |
| Canadus Technologies<br>106 Tejas Drive<br>Terrell, TX 75160 | Shareholder | 25% |

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| All Metals, Inc.<br>PO Box 61178<br>Palo Alto, CA 94306 | Shareholder | 15% |

Dated: June 20, 2018

/s/ *W. Donald Gieseke*
W. Donald Gieseke
Chapter 11 Trustee

# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In re ECS REFINING, INC. Debtor(s). | Bankruptcy Case No. *(If known)* : 18-22453-D-11 |
|---|---|

***The following additional information is required when filing this form in an adversary proceeding.***

| Plaintiff(s), v. Defendant(s). | Adversary Proceeding No. *(If known)* : |
|---|---|

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

ECS Refining, Inc.
*[Insert name of corporate debtor/party]*

***Check one:*** ☒ DEBTOR ☐ PLAINTIFF ☐ DEFENDANT ☐ OTHER *(specify)*: ____________________

***Instructions:*** *Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check* ***one*** *of the statements set forth below and provide any information as directed.*

☒ **1. The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest*:***

*Name:* All Metals, Inc.
*Address:* PO Box 61178, Palo Alto, CA 94306

*Name:* ____________________
*Address:* ____________________

*Name:* ____________________
*Address:* ____________________

*Name:* ____________________
*Address:* ____________________

*(For additional names, attach an addendum to this form.)*

☐ **2. There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

To the best of my knowledge, information and belief based on the Debtor's records, the foregoing is true and correct.

Dated: June 20, 2018

/s/ W. Donald Gieseke
Signature of Authorized Individual for Corporate Debtor/Party

W. Donald Gieseke
Printed Name of Authorized Individual for Corporate Debtor/Party

Chapter 11 Trustee
Title of Authorized Individual for Corporate Debtor/Party